UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on July 8, 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| SONIA TABIZADA, | : | 18 U.S.C. § 247(a)(2) |
| | : | (Threat to Obstruct Religious Exercise) |
| Defendant. | : | |
| | : | 18 U.S.C. § 844(e) |
| | : | (Transmitting Bomb Threat in Interstate Commerce) |

**INDICTMENT**

The Grand Jury charges that:

Unless otherwise indicated, at all times relevant to this Indictment:

**Background**

1. Georgetown Visitation Preparatory School is a private, all-girls school located in the District of Columbia. Visitation Prep is owned and operated by the Roman Catholic Church. The school's campus includes a chapel where it holds mass and other religious services, and it teaches religious courses as part of its curriculum. Approximately 500 female students attend Visitation Prep in grades 9-12.

2. On or about May 13, 2019, Visitation Prep announced that it would begin to publish information about same-sex weddings in its alumni magazine. The school's president emeritus, M.B., sent a letter to school alumni announcing the school's decision. A copy of the letter was published on or about May 13, 2019, in the *Washington Post*.

3. The defendant, **SONIA TABIZADA**, lived in Southern California, where she learned of Visitation Prep's decision to publish same-sex marriage announcements.

4. On or about May 15, 2019, at approximately 5:14 a.m., **SONIA TABIZADA** called Visitation Prep and left a voice message. The message stated:

> This message is for [M.B.], who calls herself a nun, and is straight from hell, and is going to hell – she's seducing innocent eyes. She's not helping the cause of Jesus. She's accepting sinners – they have to be separate. Hey motherf**kers, I'm going to burn that f**king church, I'm going to bomb it, bitch! I'm going to f**king kill you guys. I'm going to send my f**king soldiers, motherf**kers. Remove the f**king gay motherf**kers from your magazine or I'm going to f**king kill your kids. That's a promise.

5. On or about May 15, 2019, at approximately 5:15 a.m., **SONIA TABIZADA** called Visitation Prep and left a voice message. The message stated:

> What kind of pervert priests do you guys have running the show? Nobody cares for those girls? You're crushing the innocent, motherf**king asshole. I'm gonna f**king blow up the school and call it a mission from God. You guys are going to get terrorism within your f**king school, motherf**ker. And you're going to be guilty. And I warned you!

## COUNT ONE
(Obstructing Religious Exercise by Threat: 18 U.S.C. § 247(a)(2))

6. Paragraphs 1 to 5 of this Indictment are incorporated here by reference.

7. On or about May 15, 2019, between approximately 5:14 and 5:17 a.m. Eastern Time, the defendant, **SONIA TABIZADA,** through the use of a telephone, placed at least two calls from California and left at least two voice mail messages for Georgetown Visitation Prep in the District of Columbia, and intentionally obstructed and attempted to obstruct, by threat of force, including by threat of force against religious real property, the enjoyment of a person's free exercise of religious beliefs. The offense was in and affects interstate commerce, and these acts

included **SONIA TABIZADA** threatening the use of fire and explosives. All in violation of Title 18, United States Code, Section 247(a)(2) and (d)(3).

### COUNT TWO
(Transmitting Bomb Threats in Interstate Commerce: 18 U.S.C. § 844(e))

8. Paragraphs 1 to 5 of this Indictment are incorporated here by reference.

9. On or about May 15, 2019, between approximately 5:14 and 5:17 a.m. Eastern Time, the defendant, **SONIA TABIZADA,** through the use of a telephone, placed at least two calls from California, and left at least two voice mail messages for Georgetown Visitation Prep in the District of Columbia, and willfully threatened to kill, injure, and intimidate nuns and other officials at Georgetown Visitation Prep and to unlawfully damage or destroy a building by means of fire and an explosive device. Specifically, **SONIA TABIZADA** stated that she would "bomb" and "burn" Georgetown Visitation Prep and that she was "going to f\*\*king kill you guys." All in violation of Title 18, United States Code, Section 844(e).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JESSIE K. LIU
United States Attorney
District of Columbia

ERIC DRIEBAND
Assistant Attorney General
Civil Rights Division

3

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CRIMINAL NO. |
| | ) |
| SONIA TABIZADA | ) |
| | ) |

## CERTIFICATE OF THE ASSISTANT ATTORNEY GENERAL

I, Eric S. Dreiband, hereby certify that in my judgment, prosecution by the United States of Sonia Tabizada for violations of Title 18, United States Code, § 247, on or about May 15, 2019, is in the public interest and is necessary to secure substantial justice. This certification is made pursuant to Title 18, United States Code, § 247(e).

Signed this 22 day of November, 2019.

Eric S. Dreiband
Assistant Attorney General
Civil Rights Division