**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | Case No. 1:19-cr-00402-CJN-1 |
| | * | |
| **SONIA TABIZADA** | * | |
| **Defendant** | * | |
| | * | |

**ooOoo**

### ENTRY OF APPEARANCE

Please enter my appearance on behalf of Defendant, Sonia Tabizada as counsel appointed under the Criminal Justice Act, 18 U.S.C. § 3006A.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served on all counsel of record 7th day of January, 2020 on all counsel of record via ECF.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**