## Statement of the Offense

The defendant admits the allegations charged in Count One of the Indictment. Specifically, the defendant admits the following to be true and correct:

    a.    On or about May 15, 2019, the Defendant placed multiple phone calls to Georgetown Visitation Preparatory School, which is located in the District of Columbia.

    b.    In one of those calls, the defendant left a voice message stating in part, "I'm going to burn that f**king church, I'm going to bomb it, bitch! I'm going to f**king kill you guys . . . ." The defendant also stated that she would "kill your kids" if the school did not remove announcements of same-sex marriages from its alumni magazine.

    c.    In a second message left on or about May 15, 2019, the defendant stated in part, "I'm gonna f**king blow up the school and call it a mission from God. You guys are going to get terrorism within your f**king school."

    d.    The defendant placed these calls intentionally because of her anger about the school's announcement that its religious teachings dictated that the school should publish same-sex marriage announcements in its alumni magazine.

    e.    The defendant's conduct obstructed religious exercise.

_____
Sonia Tabizada

12/16/20
Date

MICHAEL R. SHERWIN
Acting United States Attorney


/s/ Kendra D. Briggs
Kendra D. Briggs
Assistant United States Attorney
D.C. Bar No. 978769
555 4th Street, N.W.
Washington, D.C. 20530


ERIC S. DREIBAND
Assistant Attorney General


/s/ Michael J. Songer
Michael J. Songer
Attorney
D.C. Bar No. 975029
United States Department of Justice
Civil Rights Division
950 Pennsylvania Ave NW
Washington, DC 20530