CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: CR 19-402 (CJN) |
| ) | |
| ) | |
| Sonia Tabizada ) | |
| ) | |
| ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____         Date: 1/4/2021
Carl J. Nichols

United States District Judge

                                                Michael R. Sherwin  
                                                Acting United States Attorney

By:    /s/ Kendra Briggs_____  
         Kendra Briggs  
         Assistant United States Attorney

By:    /s/Michael J. Songer_____  
         Michael J. Songer  
         Trial Attorney, Civil Rights Division

Date:  January 4